BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5810
  Fax: (916) 324-5205

Attorneys for Defendants Carey, Traquina, Cervantes,
Cheung and McIntyre
SA2004104569

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD DWANE BROOK,**<br><br>Plaintiff,<br><br>v.<br><br>**TOM L. CAREY, WARDEN, et al.,**<br><br>Defendants. | CASE NO. CIV-S-04-1254 EJG GGJ P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT McINTYRE'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS AND VERIFICATION OF DOCUMENTS** |

Defendants' first request for an extension of time to file their response to Plaintiff's complaint was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' responsive pleading is due May 30, 2005.

DATED: 5/9/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

broo1254.eot04

broo1254.eot04.wpd

[PROPOSED] ORDER GRANTING DEFENDANT McINTYRE'S FIRST REQUEST FOR EOT TO RESPOND TO PLAINTIFF'S RFAs

1