IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                    No. CIV S-04-1254 GEB GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.             <u>ORDER</u>

                               /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. On June 7, 2005, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on November 12, 2004 and March 8, 2005. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's June 7, 2005 request is denied.

DATED: 6/30/05

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:kf
broo1254.31a