IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,　　　　　　　　　　No. CIV S-04-1254 GEB GGH P

  vs.

TOM L. CAREY, Warden, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    On July 12, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 30, 2005 denying plaintiff's third request for the appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

1  Therefore, IT IS HEREBY ORDERED that, upon
2 reconsideration, the order of the magistrate judge filed June 30,
3 2005, is affirmed.
4 Dated:  August 15, 2005

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge