BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5810
 Fax: (916) 324-5205

Attorneys for Defendants Carey, Cervantes, Cheung,
McIntyre, and Traquina
SA2004104569

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD DWANE BROOK,** | CASE NO. CIV-S-04-1254 GEB GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR AND EXTENSION OF TIME TO FILE THEIR MOTION TO DISMISS** |
| v. | |
| **TOM L. CAREY, WARDEN, et al.,** | |
| Defendants. | |

      This Court has considered Defendants' request for an extension of time, and good cause appearing,

      IT IS HEREBY ORDERED that the time for filing of Defendants' Motion to Dismiss in this case is extended 30 days, to and including December 4, 2005. No further extension of time will be granted.

DATED: 11/8/05

                      /s/ Gregory G. Hollows
                      _____
                      UNITED STATES DISTRICT JUDGE

broo1254.po

ORDER

1