IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD DWANE BROOK,** | CASE NO. CIV-S-04-1254 EJG GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **TOM L. CAREY, WARDEN, et al.,** | |
| Defendants. | |

      Defendants Traqunia, McIntyre, Cheung, Carey and Cervantes' nunc pro tunc application for an extension of time to file their responses to plaintiff's second request for production of documents was considered by this court, and, although defendants failed to respond timely, the court finds that the error was inadvertent.  Nevertheless, defendants' error should not devolve solely to the prejudice of plaintiff; therefore, the court finds that all objections, with the exception of those based on attorney-client privilege or related to institutional security, are waived.

      **Accordingly, IT IS HEREBY ORDERED** that

      1. Defendants' November 18, 2005 application for an extension of time nunc pro tunc to respond to plaintiff's second request for production of documents is granted, but, with the

1

1 | exception of those based on the attorney-client privilege and on institutional security concerns,
2 | all objections are waived; and
3 |     2.  Defendants must serve their responses and production to these requests within ten
4 | (10) days.
5 | DATED: 11/30/05

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

broo1254.po2

2