**PRIORITY**

**FILED**

FEB 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD DWANE BROOK,** | CASE NO. 2:04-cv-1254 EJG GGH P |
| Plaintiff, | [‖‖‖‖‖‖] **ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR INTERROGATORIES AND PRODUCTION OF DOCUMENTS; DECLARATION OF CHRISTOPHER BECKER** |
| v. | |
| **TOM L. CAREY, WARDEN, et al.,** | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time

to forty-five days to respond to Plaintiff's request for interrogatories and production of

documents, up to and including April ~~13~~ 3, 2006.

DATED:    FEB 2 8 2006

GREGORY G. HOLLOWS

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

48149286-SA2004104569

[PROPOSED] ORDER GRANTING EXTENSION OF TIME
1