IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD DWANE BROOK,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**TOM L. CAREY, WARDEN, et al.,**<br><br>                                          Defendants. | 2:04-CV-1254 EJG GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO THE COURT'S ORDER** |

Defendants' request for an extension of time to respond to Plaintiff's request for production of documents pursuant to the July 12, 2006, order was considered by this Court, and good cause appearing:

**IT IS HEREBY ORDERED** that the Defendants shall submit their response to Plaintiff's Request for Production of Documents no later than August 23, 2006.

Dated: 8/15/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows

broo1254.po

[Proposed] Order

1