IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

      Plaintiff,                  2:04-cv-1254-GEB-GGH-P

  vs.

TOM L. CAREY, Warden, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 12, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2006, are adopted in full;

2. Defendants' December 5, 2005 motion to dismiss is granted in part and dismissed in part as follows:

    a.) Granted as to plaintiff's claims of fraud and conspiracy and these claims are dismissed as to all defendants;

    b.) Granted as to plaintiff's claims pursuant to 42 U.S.C. § 1985, and these claims are dismissed;

    c.) Granted as to defendant Carey, in his individual capacity only, for money damages, and this claim is dismissed; and

    d.) Denied as to defendant Carey, in his official capacity, and this matter proceed as to this defendant on a claim for relief in the form of prospective injunctive relief only;

3. Plaintiff's claims pursuant to Cal. Civ. Code § 52.1 are dismissed; and

4. This matter proceeds only as to plaintiff's claims against defendants under the First and Eighth Amendments, and any supplemental state law negligence claim.

Dated: September 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge