IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                        No. CIV S- 04-1254 GEB GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.              ORDER
_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. In light of defendants' pending motion for summary judgment, filed on January 17, 2007, to which plaintiff has filed opposition and defendants thereafter filed a reply, the court now vacates the pretrial conference and jury trial dates set in the September 26, 2006, scheduling order. In vacating the pretrial conference date, the court also relieves the parties of the obligation to file pretrial statements at this time. The dates for the pretrial conference, the filing of pretrial statements and for jury trial will be re-set, if appropriate, upon adjudication of the pending dispositive motion.

        IT IS SO ORDERED

DATED: 4/18/07                                     /s/ Gregory G. Hollows

                                                      GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/broo1254.vac