IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                    2:04-cv-1254-GEB-GGH-P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 13, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed July 13, 2007, are adopted in full; and

2. Defendants' motion for summary judgment, filed on January 17, 2007, is granted in part and denied in part, as follows:

    a. Granted as to all defendants on plaintiff's claims of First Amendment violations (retaliation or denial of right of court access);

    b. Granted as to defendant Cheung and Cervantes, in both their individual and official capacities, and as to defendant Traquina, in his individual capacity only, as to plaintiff's claim of violations of his Eighth Amendment rights;

    c. Granted as to defendant Traquina on any supplemental state law negligence claim;

    d. Denied as to plaintiff's Eighth Amendment claims of inadequate medical (dental) care and on plaintiff's supplemental state law negligence claim as to defendant McIntyre;

3. This matter shall proceed against defendants Carey and Traquina (in their official capacities only), and against defendant McIntyre on plaintiff's Eighth Amendment claims regarding his dental care, and against defendant McIntyre on plaintiff's supplemental state law negligence claims.

Dated: August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge