IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                        No. CIV S-04-1254 GEB GGH P

  vs.

TOM L. CAREY, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On September 17, 2007, plaintiff filed his fifth request for the appointment of counsel. Alternatively, plaintiff asks the court to order the prison not to transfer him; to allow him "full access to the law library'; to "be given full, complete access to his own legal materials"; to allow him "unencumbered use of his typewriter...in his cell." Motion, p. 5.

        Plaintiff's previous requests for appointment of counsel were filed on November 12, 2004, March 8, 2005, June 7, 2005 and June 22, 2006. All requests were denied. In addition, plaintiff's July 12, 2005, request for reconsideration by the district judge of the undersigned's denial of plaintiff's third request for appointment of counsel by Order, filed on June 30, 2005, resulted in that order being affirmed. See Order, filed on August 16, 2005. In light of those orders, plaintiff's September 17, 2007, request will be denied.

1  If plaintiff can demonstrate that he is being denied all access to the law library and
2  his legal property, plaintiff may make an appropriately supported motion for a protective order.
3  Accordingly, IT IS ORDERED that plaintiff's September 17, 2007, motion for
4  appointment of counsel is denied.

5  DATED: 9/25/07                              /s/ Gregory G. Hollows

                                               GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
broo1254.31thr