# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

            Plaintiff,                  2:04-cv-1254 GEB GGH P

   vs.

TOM L. CAREY, Warden, et al.,        **ORDER & WRIT OF HABEAS CORPUS**
                                        **AD TESTIFICANDUM VIA VIDEO-**
                          /            **CONFERENCING**

        RONALD DWANE BROOK, inmate CDCR #  B-73494, a necessary and material witness in proceedings in this case on March 3, 2008, is confined in California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696-4000, in the custody of the Warden D.K. Sisto; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696-4000, March 3, 2008, at 2:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden D.K. SISTO:  California State Prison Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, CA 95696-4000:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: 01/25/08

                                    /s/ Gregory G. Hollows

                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
broo1254.841