IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

        Plaintiff,                      No. CIV S-04-1254 GEB GGH P

    vs.

TOM L. CAREY, Warden, et al.,      SUPPLEMENT TO

        Defendants.              PRETRIAL ORDER,

_____/

          In the Pretrial Order, filed on January 25, 2008, plaintiff was directed, within ten days, to inform the court which three of his proposed inmate witnesses he wished to be allowed to call at his trial and to state any reason why said witnesses should not testify at the trial by way of video-conferencing. Having filed a timely response, the court will permit plaintiff to call the following incarcerated witnesses at trial: Theodore Willis, CDC # C-26846; Charles Jennings, CDC # C-01249; Wendell Bigelow, CDC # T-66059, and will deem this Order to be a Supplement to the Pretrial Order. As to whether writs shall issue for these witnesses to appear at

\\\\\

\\\\\

\\\\\

\\\\\

1

1  the trial in person or by way of video-conferencing, plaintiff must address his request for in-
2  person appearance of the inmate witnesses to the district judge at the trial confirmation hearing.
3          IT IS SO ORDERED.
4  DATED: 02/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
broo1254.sup