UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

        Plaintiff,                      No. CIV S-04-1254 GGH P

vs.

TOM L. CAREY, et al.,

        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
_____/         **AD TESTIFICANDUM**

       Wendell Bigelow, inmate # K-66059, a necessary and material witness in proceedings in this case on June 16, 2008, is confined in California State Prison Solano, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Gregory G. Hollows, to appear by video-conferencing at California State Prison Solano, June 16, 2008, at 9:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden D.K. Sisto, California State Prison Solano, 2100 Peabody Rd., P.O. Box 4000 Vacaville, CA 95696-4000**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  05/07/08

                                                /s/ Gregory G. Hollows
                                                _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:ja
broo1254.841(4)