IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,      No. CIV S-04-1254 GGH P

vs.

TOM L. CAREY, Warden, et al.,

    Defendants.      <u>ORDER</u>,

_____/

    Defendant warden of California State Prison - Solano now indicates that plaintiff's inmate witnesses will be able to appear at the jury trial as scheduled in this matter by use of the medical department's video-conferencing equipment. By his prompt response, filed on May 19, 2008, defendant warden has discharged the show cause order, filed on May 15, 2008.

    IT IS SO ORDERED.

DATED: 05/23/08      /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:009
broo1254.dsc