IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                        No. CIV S-04-1254 GGH P

    vs.

TOM L. CAREY, Warden, et al., ,

    Defendants.                  <u>ORDER</u>

_____/

        On June 26, 2008, judgment in this prisoner civil rights case was entered for defendant Rita McIntyre pursuant to an Order, filed on June 26, 2008. The court directed that judgment be entered in favor of defendant McIntyre, in her individual capacity, in accordance with a jury verdict (rendered on June 20, 2008), and ordered dismissal of plaintiff's official capacity claims, against defendants Carey, Traquina and McIntyre, as moot. On July 1, 2008, plaintiff filed a motion for a new trial, pursuant to Fed. R. Civ. P. 59.

        Accordingly, IT IS ORDERED that defendants file a response to plaintiff's pending motion within ten (10) days of the filed date of this order.

DATED: 07/14/08                              /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009 - broo1254.rsp