IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD DWANE BROOK,

    Plaintiff,                    No. CIV S-04-1254 GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.             <u>ORDER</u>,

_____/

        The undersigned has reviewed the entire in camera filing of dental triage log books submitted by defendants encompassing the relevant time period as set forth in this court's order of July 28, 2008.  Other than the February 3, 2004 entry showing plaintiff's name, no other entry identifying plaintiff appears in the triage records.  The records are consistent with Dr. McIntyre's testimony, and the court finds no discovery violation concerning these records.

        Accordingly, Issue No. 3 of plaintiff's motion for new trial is denied, as is the entire motion for new trial (Docket # 173);

        The dental triage records previously under seal shall remain under seal;

        There exist no other events to be resolved in this case.

DATED: 08/26/08                                    /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:gh - broo1254.seal

1